# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HEALTHY FOOD INGREDIENTS, LLC, | Case No. 2:17-cv-01367-APG-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| MESQUITE LAKE WATER & POWER, LLC, | |
| Defendant(s). | |

Pending before the Court is an order to show cause why the case should not be remanded for lack of subject matter jurisdiction. Docket No. 3. Defendant has filed a response. Docket No. 10. Plaintiff is hereby **ORDERED** to file a response, no later than June 6, 2017, indicating: (1) whether the addresses listed by Defendant for Plaintiff's members accurately reflect their state of citizenship, *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("an LLC is a citizen of every state of which its owners/members are citizens"); and (2) whether the letter demanding payment of $1,794,000 reflects a reasonable estimate of Plaintiff's claim, *Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 (9th Cir. 2002) ("A settlement letter is relevant evidence of the amount in controversy if it appears to reflect a reasonable estimate of the plaintiff's claim").

IT IS SO ORDERED.

DATED: May 30, 2017

                                                                     _____
                                                                     NANCY J. KOPPE
                                                                     United States Magistrate Judge