**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HEALTHY FOOD INGREDIENTS, LLC, <br> Plaintiff(s), <br> v. <br> MESQUITE LAKE WATER & POWER, LLC, <br> Defendant(s). | Case No. 2:17-cv-01367-APG-NJK <br> ORDER |

The Court is satisfied that a basis for diversity jurisdiction exists, *see* Docket Nos. 10, 13, so the order to show cause at Docket No. 3 is hereby **DISCHARGED**.

IT IS SO ORDERED.

DATED: June 2, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge